# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Jones, James P. | 2. Court or Organization<br><br>Western District of Virginia | 3. Date of Report<br><br>05/06/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>1/1/2017<br>to<br>12/31/2017 |

| 7. Chambers or Office Address<br><br>180 West Main Street<br>Rm. 104<br>Abingdon, VA 24210 |
|---|

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 05/06/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | The Duke Endowment Trustee's fees |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American College of Trial Lawyers, Virginia Chapter | April 7-8, 2017 | Charlottesville, Virginia | Speaker at Chapter meeting | Lodging one night |
| 2. | Radford University Prelaw Society | September 19, 2017 | Radford, Virginia | Speaker at student meeting | Meal |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 05/06/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. The Doris Duke Trust, income beneficiary | D | Dividend | P3 | T | | | | | |
| 2. Trust No. 1, income beneficary | D | Dividend | O | T | | | | | |
| 3. Trust No. 2, income beneficary | D | Dividend | P2 | T | | | | | |
| 4. Trust No. 3, income benficiary | D | Dividend | P2 | T | | | | | |
| 5. Trust No. 4, income benficiary | E | Dividend | P1 | T | | | | | |
| 6. Hennessy Gas Utility Index Fund | A | Dividend | K | T | | | | | |
| 7. Berkshire Hathaway B common stock | | None | J | T | | | | | |
| 8. Chevron Corp common stock | D | Dividend | M | T | | | | | |
| 9. Duke Energy common stock | E | Dividend | O | T | | | | | |
| 10. Exxon Mobil common stock | D | Dividend | N | T | | | | | |
| 11. IBM common stock | D | Dividend | M | T | | | | | |
| 12. AT&T Inc common stock | B | Dividend | K | T | | | | | |
| 13. T. Rowe Price Va Bond Fund | C | Dividend | M | T | | | | | |
| 14. T. Rowe Price Summit Muncipal Intermediate Fund | B | Dividend | L | T | | | | | |
| 15. T. Rowe Price Growth Stock Fund | F | Dividend | O | T | | | | | |
| 16. T. Rowe Price New Horizons Fund | E | Dividend | N | T | | | | | |
| 17. T. Rowe Price New Asia Fund | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. T. Rowe Price Int'l Stock Fund | D | Dividend | M | T | | | | | |
| 19. T. Rowe Price Int'l Stock Fund | D | Dividend | M | T | | | | | |
| 20. T. Rowe Price New Income Fund | D | Dividend | P1 | T | | | | | |
| 21. T. Rowe Price Government Money Fund | B | Dividend | M | T | | | | | |
| 22. T. Rowe Price Science & Tech. Fund | E | Dividend | N | T | | | | | |
| 23. T. Rowe Price Blue Chip Growth Fund | E | Dividend | P1 | T | | | | | |
| 24. T. Rowe Price Equity Index 500 Fund | A | Dividend | M | T | | | | | |
| 25. T. Rowe Price Equity Index 500 Fund | D | Dividend | O | T | Redeemed (part) | 01/23/17 | J | A | |
| 26. | | | | | Redeemed (part) | 02/23/17 | J | A | |
| 27. | | | | | Redeemed (part) | 03/23/17 | J | A | |
| 28. | | | | | Redeemed (part) | 04/23/17 | J | A | |
| 29. | | | | | Redeemed (part) | 05/23/17 | J | A | |
| 30. | | | | | Redeemed (part) | 06/23/17 | J | A | |
| 31. | | | | | Redeemed (part) | 07/23/17 | J | A | |
| 32. | | | | | Redeemed (part) | 08/23/17 | J | A | |
| 33. | | | | | Redeemed (part) | 09/23/17 | J | A | |
| 34. | | | | | Redeemed (part) | 10/23/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Redeemed (part) | 11/23/17 | J | A | |
| 36. | | | | | Redeemed (part) | 12/23/17 | J | A | |
| 37. T. Rowe Price Value Fund | E | Dividend | M | T | | | | | |
| 38. T. Rowe Price Equity Income | E | Dividend | M | T | | | | | |
| 39. T. Rowe Price High Yield Fund | A | Dividend | L | T | | | | | |
| 40. T. Rowe Price Summit Cash Reserves | A | Dividend | K | T | | | | | |
| 41. Wells Fargo bank account | A | Interest | K | T | | | | | |
| 42. Highlands Union bank account (X) | | None | L | T | | | | | |
| 43. J P Morgan bank account (X) | | None | K | T | | | | | |
| 44. Virginia529 Plan James River Portfolio | D | Dividend | O | T | Redeemed (part) | 02/06/17 | K | A | |
| 45. | | | | | Buy (add'l) | 02/23/17 | L | | |
| 46. | | | | | Redeemed (part) | 08/24/17 | K | A | |
| 47. Transamerica TS&W Int'l Equity Portfolio | C | Dividend | N | T | | | | | |
| 48. Advansix Inc common stock | | None | | | Sold | 03/02/17 | J | A | |
| 49. Allstate Corp common stock | A | Dividend | L | T | | | | | |
| 50. Alphabet Inc common stock | | None | M | T | Sold (part) | 07/05/17 | L | F | |
| 51. AMC Networks Inc. common stock | | None | K | T | Buy (add'l) | 10/31/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. American Express Co. common stock | A | Dividend | L | T | | | | | |
| 53. Antero Resources Corp common stock | | None | | | Buy (add'l) | 05/03/17 | K | | |
| 54. | | | | | Sold | 12/21/17 | K | A | |
| 55. Aramark common stock | | None | | | Sold | 02/08/17 | K | A | |
| 56. Avnet Inc common stock | A | Dividend | M | T | Buy (add'l) | 10/27/17 | K | | |
| 57. | | | | | Buy (add'l) | 08/07/17 | K | | |
| 58. Berkshire Hathaway B common stock | | None | L | T | Buy (add'l) | 11/22/17 | J | | |
| 59. CBRE Group, Inc. common stock | | None | | | Sold | 01/25/17 | L | E | |
| 60. Chevron Corp common stock | B | Dividend | K | T | | | | | |
| 61. Chubb LTD common stock | A | Dividend | J | T | | | | | |
| 62. Cisco Systems Inc common stock | C | Dividend | L | T | | | | | |
| 63. C I T Group Inc common stock | A | Dividend | K | T | | | | | |
| 64. Comerica Inc common stock | A | Dividend | L | T | | | | | |
| 65. Discovery Comm Inc common stock | | None | | | Sold | 10/27/17 | L | A | |
| 66. Disney Walt Co common stock | A | Dividend | L | T | | | | | |
| 67. Dominion Resources Inc common stock | B | Dividend | K | T | | | | | |
| 68. Dreyfus Emrg Mkts Debt | | None | | | Sold | 05/16/17 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Emerson Electric Co common stock | A | Dividend | J | T | | | | | |
| 70. EOG Resources, Inc common stock | A | Dividend | L | T | | | | | |
| 71. First Solar Inc common stock | | None | | | Buy (add'l) | 06/29/17 | K | | |
| 72. | | | | | Sold | 10/27/17 | L | E | |
| 73. Gap Inc common stock | A | Dividend | | | Sold | 01/25/17 | K | D | |
| 74. General Electric Co. common stock | A | Dividend | | | Sold (part) | 04/28/17 | J | C | |
| 75. | | | | | Sold | 10/27/17 | K | D | |
| 76. Johnson & Johnson common stock | B | Dividend | M | T | | | | | |
| 77. JPMorgan Chase & Co common stock | C | Dividend | M | T | | | | | |
| 78. Kellogg Co. common stock | B | Dividend | L | T | | | | | |
| 79. L-3 Technologies Inc common stock | A | Dividend | K | T | | | | | |
| 80. Laboratory Corp of America common stock | | None | L | T | | | | | |
| 81. Liberty Expedia Hold common stock | | None | K | T | | | | | |
| 82. Liberty Interactv common stock | | None | K | T | | | | | |
| 83. Liberrty Media Corp common stock C Braves | | None | | | Sold | 04/28/17 | K | D | |
| 84. Liberty Media Coip Common Stock C Sirius XM | | None | K | T | | | | | |
| 85. Macy's Inc common stock | A | Dividend | K | T | Sold (part) | 05/08/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Jones, James P. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Madison Square Garden common stock | | None | | | Sold | 08/17/17 | K | D | |
| 87. Michael Kors Holdings common stock | | None | L | T | | | | | |
| 88. Microsoft Corp common stock | B | Dividend | L | T | | | | | |
| 89. Netapp Inc common stock | B | Dividend | L | T | | | | | |
| 90. News Corp common stock A | A | Dividend | L | T | Buy (add'l) | 08/17/17 | K | | |
| 91. Norfolk Southern common stock | B | Dividend | L | T | | | | | |
| 92. Northrop Grumman Corp common stock | A | Dividend | K | T | | | | | |
| 93. Oracle Corp common stock | B | Dividend | L | T | | | | | |
| 94. Pfizer Inc common stock | B | Dividend | L | T | | | | | |
| 95. PPL Corp common stock | B | Dividend | K | T | | | | | |
| 96. Praxair, Inc common stock | A | Dividend | K | T | | | | | |
| 97. Prudential Financial Inc common stock | B | Dividend | K | T | | | | | |
| 98. Rockwell Collins Inc common stock | A | Dividend | K | T | | | | | |
| 99. Schlumberger Ltd common stock | A | Dividend | K | T | Sold (part) | 11/22/17 | J | A | |
| 100. SPDR S&P 500 ETF | | None | M | T | | | | | |
| 101. Siemans AG ADR | A | Dividend | K | T | | | | | |
| 102. Target Corp common stock | B | Dividend | L | T | Buy (add'l) | 07/05/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 08/17/17 | K | | |
| 104. Teva Pharm Inds LTD ADR | A | Dividend | | | Sold | 08/11/17 | K | A | |
| 105. Total SA sponsored ADR | A | Dividend | J | T | | | | | |
| 106. Unilever NV | A | Dividend | K | T | | | | | |
| 107. Vanguard Interm Term Tax Exempt Fund | D | Dividend | N | T | | | | | |
| 108. Vanguard Long Term Tax Exempt Fund | A | Dividend | K | T | | | | | |
| 109. Vanguard Ltd Term Tax Exempt Fund | A | Dividend | J | T | | | | | |
| 110. Versum Materials Inc common stock | | None | | | Sold | 03/02/17 | J | A | |
| 111. Willis Towers Watson | A | Dividend | K | T | | | | | |
| 112. Wells Fargo Bk NA common stoick | A | Dividend | K | T | | | | | |
| 113. Xcel Energy Inc common stock | B | Dividend | | | Sold | 04/28/17 | L | E | |
| 114. Xilinx Inc common stock | A | Dividend | K | T | | | | | |
| 115. Schwab U.S. Treas Money Fund | C | Dividend | M | T | | | | | |
| 116. Arlington Cnty Va muni bond | A | Interest | K | T | | | | | |
| 117. Loudoun Cnty Va muni bond | A | Interest | | | Matured | 12/01/17 | K | A | |
| 118. Metropolitan Washington muni bind | A | Interest | | | Matured | 10/01/17 | L | A | |
| 119. Orange Co VA muni bond | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. American International Group common stock | A | Dividend | L | T | | | | | |
| 121. CIGNA Corp common stock | A | Dividend | L | T | | | | | |
| 122. National Grid Plc common stock | A | Dividend | J | T | | | | | |
| 123. Advance Auto Parts commom stock | A | Dividend | | | Buy | 04/28/17 | K | | |
| 124. | | | | | Buy (add'l) | 06/29/17 | K | | |
| 125. | | | | | Buy (add'l) | 08/07/17 | K | | |
| 126. | | | | | Sold | 08/17/17 | L | A | |
| 127. Air Products & Chemicals Inc common stock | A | Dividend | J | T | | | | | |
| 128. Amazon Com Inc common stock | | None | K | T | | | | | |
| 129. AMG Managers Pictet Intl I common stock | | None | | | Buy | 03/21/17 | J | | |
| 130. | | | | | Sold | 05/08/17 | J | A | |
| 131. Apple Inc common stock | A | Dividend | M | T | | | | | |
| 132. AT&T Inc common stock | A | Dividend | J | T | | | | | |
| 133. Autozone Inc common stock | | None | J | T | | | | | |
| 134. Bank of America Corp common stock | A | Dividend | J | T | | | | | |
| 135. Biogen Idec Inc common stock | | None | J | T | | | | | |
| 136. Bioverativ Inc common stock | | None | | | Spinoff (from line 135) | 02/01/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 08/17/17 | J | A | |
| 138. Boston Scientific Corp common stock | | None | J | T | Buy | 03/28/17 | J | | |
| 139. Brighthouse Financial Inc common stock | | None | J | T | Spinoff (from line 235) | 08/04/17 | J | | |
| 140. Brown Advisory WMC Japan Alpha Oppty Inst Fund | | None | | | Buy | 03/21/17 | J | | |
| 141. | | | | | Sold | 05/08/17 | J | A | |
| 142. Campbell Soup Co common stock | A | Dividend | J | T | | | | | |
| 143. Capital One Finl Corp common stock | A | Dividend | | | Buy | 03/23/17 | J | | |
| 144. | | | | | Sold | 06/29/17 | J | A | |
| 145. Cardinal Health Inc common stock | B | Dividend | L | T | Buy (add'l) | 08/17/17 | K | | |
| 146. | | | | | Buy (add'l) | 10/27/17 | K | | |
| 147. Caterpillar Inc common stock | A | Dividend | J | T | | | | | |
| 148. CBS Corp Class B common stock | A | Dividend | J | T | | | | | |
| 149. Celgene Corp common stock | | None | K | T | | | | | |
| 150. Centerpoint Energy Inc common stock | A | Dividend | J | T | | | | | |
| 151. Cisco Systems Inc common stock | A | Dividend | J | T | | | | | |
| 152. Citigroup Inc New common stock | A | Dividend | K | T | | | | | |
| 153. Citrix Systems Inc common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Coca-Cola Co common stock | B | Dividend | J | T | | | | | |
| 155. Colgate Palmolive Co common stock | A | Dividend | J | T | | | | | |
| 156. Columbia Dividend Income Fund Cl Z | | None | L | T | | | | | |
| 157. Columbia Interned Mun Bd Fund | B | Dividend | L | T | | | | | |
| 158. Columbia Income Opportunities Fund | B | Dividend | K | T | | | | | |
| 159. Columbia Short Term Mun Bd Fund Cl Z | B | Dividend | M | T | | | | | |
| 160. Comcast Corp Cl A common stock | A | Dividend | K | T | | | | | |
| 161. Constellations Brands Inc A common stock | A | Dividend | K | T | | | | | |
| 162. CVS Health Corp. common stock | A | Dividend | K | T | | | | | |
| 163. CSX Corp common stock | A | Dividend | K | T | | | | | |
| 164. Darden Restaurants Inc common stock | A | Dividend | J | T | | | | | |
| 165. Dell Technologies Inc common stock | | None | L | T | Buy (add'l) | 01/25/17 | L | | |
| 166. Devon Energy Corp common stock | A | Dividend | J | T | | | | | |
| 167. Dish Network Corp common stock | | None | K | T | Buy | 12/21/17 | K | | |
| 168. Doubleline Total Return BD FD CL1 | A | Dividend | | | Buy | 03/21/17 | J | | |
| 169. | | | | | Sold | 05/08/17 | J | A | |
| 170. Dominion Energy Inc common stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Duke Energy Corp common stock | A | Dividend | | | Sold | 03/02/17 | K | D | |
| 172. DowDuPont Inc common stock | A | Dividend | J | T | Buy (add'l) | 12/09/17 | J | | |
| 173. Eaton Corp PLC common stock | A | Dividend | J | T | | | | | |
| 174. Eli Lilly & Co common stock | A | Dividend | | | Sold | 10/27/17 | J | C | |
| 175. EMC Corp Mass common stock | A | Dividend | L | T | | | | | |
| 176. Emerson Electric Co common stock | A | Dividend | J | T | | | | | |
| 177. EOG Resoutces Inc common stock | A | Dividend | K | T | | | | | |
| 178. Equinix Inc common stock | C | Dividend | L | T | | | | | |
| 179. Equinox Campbell Strat FD I | | None | | | Buy | 03/21/17 | J | | |
| 180. | | | | | Sold | 05/08/17 | J | A | |
| 181. Equinox IPM Systemtic Macro I Fund | | None | | | Buy | 03/21/17 | J | | |
| 182. | | | | | Sold | 05/08/17 | J | A | |
| 183. Express Scripts Hldg common stock | | None | K | T | Buy | 08/17/17 | K | | |
| 184. FirstEnergy Corp common stock | C | Dividend | M | T | Buy | 01/30/17 | L | | |
| 185. | | | | | Buy (add'l) | 03/02/17 | K | | |
| 186. Gotham Absolute Return Inst Fund | | None | | | Buy | 03/21/17 | J | | |
| 187. | | | | | Sold | 05/08/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Goldman Sachs Strategic Incm FD inst | A | Dividend | | | Buy | 03/21/17 | J | | |
| 189. | | | | | Sold | 05/08/17 | J | A | |
| 190. Goldman Sachs Group Inc | A | Dividend | J | T | Buy | 03/28/17 | J | | |
| 191. Gateway Fund CL Y | A | Dividend | | | Buy | 03/21/17 | J | | |
| 192. | | | | | Sold | 05/08/17 | J | A | |
| 193. EOG Resources Inc common stock | A | Dividend | J | T | Buy | 03/27/17 | J | | |
| 194. Estee Lauder Cos Inc Cl A common stock | | None | J | T | | | | | |
| 195. Exxon Mobil Corp common stock | A | Dividend | K | T | | | | | |
| 196. Fortune Brands Home & Sec common stock | A | Dividend | J | T | | | | | |
| 197. General Electric Co common stock | A | Dividend | J | T | Sold (part) | 11/14/17 | J | A | |
| 198. | | | | | Sold (part) | 11/30/17 | J | A | |
| 199. General Mills Inc common stock | A | Dividend | J | T | | | | | |
| 200. General Motors Co common stock | A | Dividend | J | T | | | | | |
| 201. Gilead Sciences Inc common stock | B | Dividend | K | T | | | | | |
| 202. Halliburton Co. common stock | A | Dividend | J | T | Buy | 03/28/17 | J | | |
| 203. Home Depot Inc common stock | A | Dividend | J | T | | | | | |
| 204. Honeywell International Inc common stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Humana Inc common stock | A | Dividend | J | T | | | | | |
| 206. Intercontinental Exchange Inc common stock | A | Dividend | J | T | | | | | |
| 207. Invesco Ltd common stock | A | Dividend | J | T | | | | | |
| 208. iShares Barclays Tips Bond ETF | A | Dividend | K | T | | | | | |
| 209. iShares Core S&P Mid Cap ETF | A | Dividend | | | Buy | 03/14/17 | J | | |
| 210. | | | | | Sold | 08/07/17 | J | C | |
| 211. iShares Currency Hedg Msci Eafe ETF | A | Dividend | | | Buy | 03/14/17 | J | | |
| 212. | | | | | Sold | 08/07/17 | J | A | |
| 213. iShares Russell Mid-Cap Index ETF | A | Dividend | N | T | | | | | |
| 214. iShares MSCI EAFE ETF | C | Dividend | N | T | | | | | |
| 215. iShares Russell 2000 ETF | C | Dividend | M | T | | | | | |
| 216. Ivy Larg Cap Growth Fund | A | Dividend | J | T | | | | | |
| 217. J P Morgan Muni Incm I shares Fund | A | Dividend | | | Sold | 05/08/17 | N | A | |
| 218. J P Morgan Global Research Enhan Index I Fund | | None | | | Buy | 03/21/17 | J | | |
| 219. | | | | | Sold | 08/04/17 | J | B | |
| 220. Johnson & Johnson common stock | A | Dividend | L | T | | | | | |
| 221. Kar Auction Services common stock | | None | K | T | Buy | 12/21/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 223. | | | | | Buy (add'l) | 12/26/17 | J | | |
| 224. Kroger Co common stock | A | Dividend | K | T | | | | | |
| 225. Kraft Heinz Co. common stock | A | Dividend | K | T | | | | | |
| 226. Lam Research Corp common stock | | None | J | T | | | | | |
| 227. Legg Mason BW Absolute Return Opp Fund Cl Z | A | Dividend | K | T | | | | | |
| 228. Lennar Corp Cl A common stock | | None | J | T | | | | | |
| 229. Lennar Corp Cl B comon stock | A | Dividend | J | T | Spinoff (from line 228) | 11/27/17 | J | | |
| 230. Lowes Companies Inc common stock | A | Dividend | J | T | Sold (part) | 01/25/17 | K | E | |
| 231. Medtronic plc common stock | A | Dividend | | | Sold | 01/25/17 | K | A | |
| 232. Managers AMG Funds - TimesSquare Mid Cap Growth fund | | None | K | T | | | | | |
| 233. Marathon Pete Corp common stock | A | Dividend | K | T | | | | | |
| 234. Matthews Pacific Tier Instl Fund | A | Dividend | K | T | | | | | |
| 235. MetLife Inc, common stock | A | Dividend | J | T | Buy | 03/23/17 | J | | |
| 236. McKesson Corp common stock | A | Dividend | L | T | Buy | 01/25/17 | L | | |
| 237. Microsoft Corp common stock | B | Dividend | K | T | | | | | |
| 238. Monsanto Co common stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. Mondelez Intl Inc common stock | A | Dividend | J | T | Buy | 03/22/17 | J | | |
| 240. MFS Emerging Mkts Debt FD CL1 | A | Dividend | | | Buy | 03/21/17 | J | | |
| 241. | | | | | Sold | 05/08/17 | J | A | |
| 242. Mylan NV F | | None | | | Buy | 10/27/17 | K | | |
| 243. | | | | | Sold | 12/21/17 | K | C | |
| 244. NASDAQ OM X Group common stock | A | Dividend | K | T | | | | | |
| 245. Neuberger Berman High Incm BD Inst | A | Dividend | | | Buy | 03/21/17 | J | | |
| 246. | | | | | Sold | 05/08/17 | J | A | |
| 247. News Corp common stock | A | Dividend | K | T | | | | | |
| 248. Nextera Energy Inc common stock | A | Dividend | K | T | | | | | |
| 249. Nike Inc B common stock | A | Dividend | J | T | | | | | |
| 250. Norfolk Southern Corp common stock | B | Dividend | L | T | | | | | |
| 251. Occidental Petroleum Corp common stock | A | Dividend | J | T | | | | | |
| 252. Oracle Corp common stock | A | Dividend | K | T | | | | | |
| 253. Permanent Portfolio Fund | | None | K | T | | | | | |
| 254. Pfizer Inc common stock | B | Dividend | K | T | | | | | |
| 255. Piccar Inc common stock | A | Dividend | | | Sold | 05/31/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. PIMCO All Asset All Authority Fund | | None | J | T | | | | | |
| 257. Principal Pfd Secs Fd Instl Cl | C | Dividend | L | T | | | | | |
| 258. Procter & Gamble Co common stock | C | Dividend | | | Sold (part) | 01/25/17 | K | D | |
| 259. | | | | | Sold | 03/02/17 | L | E | |
| 260. Prudential Financial Inc common stock | A | Dividend | K | T | | | | | |
| 261. Qualcomm Inc common stock | C | Dividend | M | T | | | | | |
| 262. Schlumberger Ltd common stock | A | Dividend | J | T | | | | | |
| 263. SPDR Gold Trust fund | | None | J | T | | | | | |
| 264. T Rowe Price Overseas Stock Fund 1 | | None | | | Buy | 03/21/17 | J | | |
| 265. | | | | | Sold | 08/04/17 | J | B | |
| 266. Templeton Global Bd Fund | A | Dividend | K | T | | | | | |
| 267. Target Corp common stock | B | Dividend | K | T | | | | | |
| 268. Time Inc common stock | A | Dividend | J | T | | | | | |
| 269. Time Warner Inc New common stock | A | Dividend | K | T | | | | | |
| 270. Union Pacific Service common stock | A | Dividend | J | T | | | | | |
| 271. United Technologies Corp common stock | A | Dividend | J | T | | | | | |
| 272. Unitedhealth Group Inc common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273.  US Bancorp Del common stock | A | Dividend | J | T | | | | | |
| 274.  Vanguard Emerging Market ETF | A | Dividend | | | Sold | 08/07/17 | J | A | |
| 275.  Vanguard REIT | A | Dividend | K | T | | | | | |
| 276.  Verizon Communications Inc common stock | B | Dividend | L | T | Buy (add'l) | 04/28/17 | K | | |
| 277.  Vertex Pharmaceuticals Inc common stock | | None | J | T | | | | | |
| 278.  Visa Inc. | A | Dividend | J | T | Buy | 03/27/17 | J | | |
| 279.  Xilinx Corp common stock | A | Dividend | J | T | | | | | |
| 280.  Yum Brands Inc common stock | A | Dividend | J | T | | | | | |
| 281.  Yum China Hldgs Inc common stock | A | Dividend | J | T | Buy | 03/23/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, James P. | 05/06/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Investment and Trusts

Lines 24 and 25: Prior Disclosure Report combined same investment (T. Rowe Price Equity Index 500 Fund) owned seperately by self and spouse and now have been seperately reported.

Line 79  L-3 Comminications Hldgs changed its name in 2017 to L-3 Technologies Inc.

Line 112 Wells Fargo Bk NA common stock was mistakenly shown as sold on 2016 report when it was only sold  in part

Line 115 Schwab Gov Money Fund is now called Schwab US Treas Money Fund

Line 217 J P Morgan Muni Incm I Shares Fund was inadvertantly omitted from prior reports

Line 172 E I du Pont de Nemours & Co. merged with Dow Chemiical on 8/31/2017, to form DowDuPont Inc.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James P. Jones**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544